UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                                  :         CASE NO 08-15989
                                                  CHAPTER 13
MICHAEL DAUGHERTY
LYNNE D. DAUGHERTY                      :         JUDGE J. VINCENT AUG
    DEBTORS
                                        :         NOTICE OF TRANSMITTAL OF
                                                  UNCLAIMED FUNDS

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917882 | $842.45 |

Creditor(s)
Litton Loan Service
P.O. Box 4387
Houston, Texas 77210-4387


                                        Respectfully submitted,

                                   /s/  Margaret A. Burks, Esq.
                                        Margaret A. Burks, Esq.
                                        Chapter 13 Trustee
                                        Attorney No. OH 0030377

                                        Francis J. DiCesare, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0038798

                                        Karolina F. Perr, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0066193

                                        600 Vine Street, Suite 2200
                                        Cincinnati, OH 45202
                                        (513) 621-4488
                                        (513) 621 2643 (Facsimile)
                                        mburks@cinn13.org - Correspondence only
                                        fdicesare@cinn13.org
                                        kperr@cinn13.org
                                        cincinnati@cinn13.org - Court Filings

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, June 17, 2011.

                                            /s/    Margaret A. Burks, Esq.
                                                    Margaret A. Burks, Esq.

Litton Loan Service  
P.O. Box 4387  
Houston, Texas 77210-4387

Debtor(s) Counsel  
LUTZ, CORNETET, MEYER & RUSH  
123 BOGGS LANE  
CINCINNATI, OH  45246

Debtor(s)  
MICHAEL DAUGHERTY  
LYNNE D. DAUGHERTY  
12062 SPALDING DRIVE  
CINCINNATI, OH  45231

U.S. TRUSTEE  
36 EAST SEVENTH STREET, SUITE 2030  
CINCINNATI, OHIO 45202  
 (service waived)